Joan T. NAPOLI, Plaintiff,

v.

SEARS ROEBUCK & CO., a corporation, Keane, Inc., a corporation, Donald S. Shaffer, Melody Villafana, Defendants.

SEARS ROEBUCK & CO., Counter–Claimant,

v.

Joan T. NAPOLI, Object Group Inc., a corporation, Counter–Defendants.

No. 93 C 619.

United States District Court, N.D. Illinois.

June 6, 1996.

Rick Allan White, Chicago, IL, for Joan T. Napoli, Object Group, Inc.

Floyd A. Mandell, Jaye Quadrozzi, Katten, Muchin & Zavis, Chicago, IL, for Sears Roebuck & Co.

Sarah R. Wolff, Christine M. Bodewes, Sachnoff & Weaver, Ltd., Chicago, IL, for Keane, Inc.

Floyd A. Mandell, Jaye Quadrozzi, Orrin Sherwood Shifrin, Nicole Nehama Auerbach, Katten, Muchin & Zavis, Chicago, IL, for Donald S. Shaffer, Melody Villafana.

GETTLEMAN, District Judge.

The minute order entered herein on May 30, 1996 is vacated. Plaintiff's motion to withdraw the unfiled motion to set aside putative settlement agreement is granted. In addition, by agreement of the parties, the memorandum opinions and orders entered respectively on October 5, 1993, November 17, 1993, and January 27, 1995 are hereby

---

vacated. By agreement, this matter is dismissed with prejudice and without costs.